**DISMISS and Opinion Filed January 6, 2021**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00553-CV

**KEITH UKANDU, Appellant**
**V.**
**RUNDA PRATER, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02488**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Before the Court is appellant's unopposed motion to dismiss the appeal with

prejudice based on settlement. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion

and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200553F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## **JUDGMENT**

KEITH UKANDU, Appellant

No. 05-20-00553-CV     V.

RUNDA PRATER, Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-02488. Opinion delivered by Chief Justice Burns, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered January 6, 2021.